BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700



**FILED**

NOV 29 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:12-SW xx 803    KJN

| IN THE MATTER OF THE SEARCH OF: | ) S.W. NO. |
|---|---|
| 5870 / 5880 Macargo Road, Granite Bay, CA 95746 | ) ) ) ORDER RE: REQUEST TO SEAL ) DOCUMENTS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

Date: November 29, 2012

_____
KENDALL J. NEWMAN
United States Magistrate Judge
Eastern District of California

1