FILED

JAN 31 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE NO. 2:12-SW-0803 KJN |
| SEARCH WARRANT AND APPLICATION [SEALED] | [PROPOSED] ORDER UNSEALING SEARCH WARRANT AND APPLICATION |

The government's request to unseal the application and search warrant in the above case is GRANTED.

SO ORDERED.

DATED: 1/31/7-13

_____
HON. KENDALL J. NEWMAN
U.S. Magistrate Judge